```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TIMOTHY ASHCRAFT and ASHLEY :
ASHCRAFT, on their own behalf and on behalf :
of their minor children, A.A., L.A., and I.A., :
         Plaintiffs, :
  :
v. :
  :
SCOTT GOREN and BECKY VANDERLOOP, :
         Defendants. :
------------------------------------------------------------x

**ORDER REGARDING
SEALED DOCUMENTS**

19 CV 11568 (VB)

      The Court having So Ordered the parties' Stipulated Protective Order Governing Confidential Material, dated June 17, 2020, which, among other things, provides for the filing of documents under seal, it is further ORDERED:

1. The parties shall consult and comply with the instructions for filing documents under seal, as set forth in: (i) Section 6 of the Court's Electronic Case Filing Rules & Instructions; (ii) the Court's "Sealed Records Filing Instructions," available at https://nysd.uscourts.gov/programs/records; and (iii) Judge Briccetti's Individual Practices.

2. A full and unredacted courtesy copy of any submission of documents electronically filed under seal shall be provided to Chambers as soon as practicable, marked "Chambers Copy" and "Contains Confidential Information Filed Under Seal."

Dated: June 17, 2020
       White Plains, NY

                              SO ORDERED:

                              _____
                              Vincent L. Briccetti
                              United States District Judge