UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TIMOTHY ASHCRAFT and ASHLEY
ASHCRAFT, on their own behalf and on behalf
of their minor children, A.A., L.A., and I.A,
                Plaintiffs,

v.

SCOTT GOREN and BECKY VANDERLOOP,
                Defendants.
--------------------------------------------------------------x

**ORDER**

19 CV 11568 (VB)

The parties are advised that the tentative trial date of December 13, 2021, is re-scheduled to a firm date of December 15, 2021. To be clear, jury selection and trial are now scheduled to begin on **December 15, 2021, at 9:30 a.m.**, absent further Court Order. This is a firm date.

All other deadlines set forth in the Court's Order dated May 5, 2021 (Doc. #69), remain unchanged, including the date and time for the final pretrial conference, which is scheduled for December 3, 2021, at 3:00 p.m.

Dated: September 15, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge